# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

KAREN FOSTER,

*Debtor/Appellant,*

v.

JOHN L. WYNNE,

*Appellee.*

CASE NO. 6:12-cv-00024

<u>ORDER</u>

JUDGE NORMAN K. MOON

This matter, which arises out of bankruptcy case number 12-60619, is before the Court on Debtor/Appellant's motion for stay pending appeal. For the reasons set forth during the hearing that I conducted, as well as the reasons discussed in the accompanying memorandum opinion, the motion (docket no. 1) is hereby DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this __5th__ day of June, 2012.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE